IBERIA CREDIT BUREAU INCORPORATED, doing business as Information Services; Wardell X. Gerhardt; Alfred J. Theriot; Constance White Louviere; Elliot Joliet; et al, Plaintiffs–Appellants,

v.

TELECORP COMMUNICATIONS, INCORPORATED, also known as SunCom, Defendant–Appellee.

No. 11–30221.

United States Court of Appeals, Fifth Circuit.

Sept. 26, 2011.

David Patrick Daniel, Jr., Law Offices of D. Patrick Daniel, Jr., L.L.C., Joseph R. Joy, III, Joseph Joy & Associates, Lafayette, LA, James Robert Davis, Jr., Law

Office of J. Robert Davis, Houston, TX, Elizabeth Cary Dougherty, Baton Rouge, LA, Theodore M. Haik, Jr., Esq., Senior Counsel, Haik, Minvielle & Grubbs, New Iberia, LA, for Plaintiff-Appellant.

Elizabeth S. Wheeler, Esq., Kelly Elizabeth Ransom, Esq., Leblanc Bland, P.L.L.C., New Orleans, LA, Joseph E. Leblanc, Jr., Leblanc Bland, P.L.L.C. Houston, TX, for Defendant-Appellee.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

We dismiss the appeal for want of jurisdiction because it concerns an interlocutory order compelling arbitration for some of the plaintiffs. Such an order to compel arbitration is not a final order or judgment, and the district court did not certify this interlocutory appeal in writing. 28 U.S.C. § 1292(b). Consequently, the appeal is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

